# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DEMETRIUS FLOWERS**                                                                **PLAINTIFF**

**V.**                              **CASE NO. 4:19-cv-00723 JM**

**MOBOLING HELL,** *et al***.**                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 17th day of October, 2019.

_____
United Stated District Judge